**Order entered September 24, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00516-CV

## ROBERT ELLIOTT AND ROBERT ELLIOTT CUSTOM HOMES, LLC, Appellants

## V.

## LYNN O'NEIL DAUTERMAN, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-10954**

## ORDER

We **GRANT** appellants' September 1, 2015 motion to abate the appeal and compel findings of fact and conclusions of law. We **ORDER** the Honorable Craig Smith, Judge of the 192nd Judicial District Court, to make, **WITHIN THIRTY DAYS** of the date of this order, findings of fact and conclusions of law with respect to its April 4, 2015 order denying sanctions. We **ORDER** Felicia Pitre, Dallas County District Clerk, to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law **WITHIN FORTY-FIVE DAYS** of the date of this order.

We **GRANT** appellants' September 1, 2015 motion for an extension of time to file a brief. Appellants' brief will be due **WITHIN THIRTY DAYS** after the supplemental clerk's record containing the trial court's findings of fact and conclusions of law is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Smith, Ms. Pitre, and the parties.

We **ABATE** this appeal to allow the trial court to comply with this order. We will reinstate the appeal in forty-five days or when we receive the supplemental clerk's record, whichever occurs sooner.

/s/     ELIZABETH LANG-MIERS
          JUSTICE